DOCUMENTS UNDER SEAL ☐

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy Lerma Garcia | DOCUMENT NUMBER: |
|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | REPORTER/FTR FTR 7/11 /07 10:08:45-10:18:02 |
| | DATE 7/11/07 | NEW CASE ☐ | CASE NUMBER 4-07-70394-WDB |

## APPEARANCES

| DEFENDANT TANVEER SYED | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Stuart Kirchick | PD. ☐ RET. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Chinhayi Coleman for Stephen Corrigan | INTERPRETER Int. not needed by the deft. | | | | APPT. ☐ |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)

| ☒ time INITIAL APPEAR 18 Mins HELD | ☐ time PRELIM HRG | ☐ time MOTION | ☐ time JUGM'T & SENTG | ☐ time STATUS |
|---|---|---|---|---|
| ☐ time I.D. COUNSEL | ☐ time ARRAIGNMENT | ☐ time BOND SIGNING | ☐ time IA REV PROB. or S/R | ☐ time BAIL REVIEW |
| ☐ time DETENTION HRG | ☐ time ID/REMOVAL HRG | ☐ time CHANGE PLEA | ☐ time PROB. REVOC. | ☐ time SUP REL HRG |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 7/11/07 | ☒ ADVISED OF CHARGES 7/11/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

JUL 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 7/24/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

## ADDITIONAL PROCEEDINGS

Request for discovery was made by the deft's atty. to the govt's atty. on the record. The Court ordered that the govt's atty. must provide the deft's atty. with the discovery bef. the close of business on 7/16/07. The Court ordered that the deft. must report to the U.S. Marshal's Office for processing bef. she leaves the Oakland Fed. Courthouse Bldg. this morning.

cc: WDB's Stats, Pretrial