SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
STEPHEN.CORRIGAN@USDOJ.GOV
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Fax: (510) 637-3701
   Email: Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 4:07-70394 WDB |
|    Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE AND DEFENDANT'S WAIVER OF TIME |
| TANVEER SYED, ) | |
|    Defendant. ) | |

    The parties, through counsel of record, jointly move to continue the next scheduled court appearance from August 29, 2007 at 10:00 am to September 19, 2007 at 10:00 a.m. The additional time will allow the parties the opportunity to review discovery and to discuss a disposition.

//
//
//
//
//

JOINT MOTION TO CONTINUE
AND WAIVER OF TIME
CR 4:07-70394 WDB

1     The defendant understands that she has the right pursuant to Rule 5.1, Fed.R.of Crim.Pro. to
2 a preliminary hearing within twenty days after the initial appearance on the complaint, and the
3 defendant elects to waive the timing of the hearing until September 19, 2007.

5 SO STIPULATED:

7 DATED: *August 28, 2007*       _____
8                                                               STEPHEN G. CORRIGAN
                                                               Assistant United States Attorney

10 DATED: *August 28, 2007*       _____
                                                               STUART KIRCHICK
                                                               Counsel for Tanveer Syed

JOINT MOTION TO CONTINUE
AND WAIVER OF TIME
CR 4:07-70394 WDB                                       2