SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973))
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
STEPHEN.CORRIGAN@USDOJ.GOV
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3701
    Fax: (510) 637-3701
    Email: Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 4:07-70394 WDB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| TANVEER SYED, ) | |
| Defendant. ) | |

    Good cause appearance, and on motion of the parties, the scheduled court appearance of August 29, 2007, is vacated and the next scheduled court appearance will be September 19, 2007 at 10:00 am. On motion of the defendant, the timing of the preliminary hearing is waived until September 19, 2007.

SO ORDERED:

DATED: _____

                                                      WAYNE D. BRAZIL
                                                    United States Magistrate Judge