SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   FAX: (510) 637-3724
   Email: stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4:07-70394 WDB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUANCE |
| TANVEER SYED, | ) | |
| Defendant. | ) | |

     The parties request a continuance of the next scheduled court appearance from September 26, 2007 at 10:00 am to October 15, 2007 at 10:00 am. This continuance is requested due to the unavailability of government counsel and to grant the parties additional time to discuss a pre-indictment disposition. Defendant Tanveer Syed waives

////
////
////
////
////

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUANCE    1
CR 4:07-70394 WDB

1  the timing of her right to preliminary hearing pursuant to Rule 5.1. until October 15,
2  2007.
3
4
   Dated: September 25, 2007                    SCOTT N. SCHOOLS
5                                               United States Attorney
6
                                                _____/s/_____
7                                               STEPHEN G. CORRIGAN
                                                Assistant United States Attorney
8
9
   Dated: September 25, 2007                    _____/s/_____
10                                              STUART KIRCHICK
                                                Counsel for Defendant
11
12
13
                                    **ORDER**
14
        Good cause appearing, IT IS ORDERED THAT: the appearance date of defendant
15
   Tanveer Syed is continued to October 15, 2007 at 10:00 am , and time will be tolled
16
   pursuant to Fed. R. Crim. P. 5.1 for the preliminary hearing until that date.
17
        IT IS SO ORDERED.
18
19
   DATED: September _____, 2007
20
                                                _____
21                                              WAYNE D. BRAZIL
                                                United States Magistrate Judge
22
23
24
25
26
27
28

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUANCE            2
CR 4:07-70394 WDB