SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3701
FAX: (510) 637-3724
Email: stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

FILED
SEP 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TANVEER SYED,<br><br>　　　　Defendant. | No. 4:07-70394 WDB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUANCE |

The parties request a continuance of the next scheduled court appearance from September 26, 2007 at 10:00 am to October 15, 2007 at 10:00 am. This continuance is requested due to the unavailability of government counsel and to grant the parties additional time to discuss a pre-indictment disposition. Defendant Tanveer Syed waives

////
////
////
////
////

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUANCE         1
CR 4:07-70394 WDB

the timing of her right to preliminary hearing pursuant to Rule 5.1. until October 15, 2007.

Dated: September 25, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: September 25, 2007

/s/
STUART KIRCHICK
Counsel for Defendant

## ORDER

Good cause appearing, IT IS ORDERED THAT: the appearance date of defendant Tanveer Syed is continued to October 15, 2007 at 10:00 am, and time will be tolled pursuant to Fed. R. Crim. P. 5.1 for the preliminary hearing until that date.

IT IS SO ORDERED. *This is the LAST Continuance* WDB

DATED: September 25, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUANCE
CR 4:07-70394 WDB

2