AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
18 U.S.C. § 1003 - Demands Against the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
0-1 year imprisonment; $100,000 fine; 0-1 year supervised release and $25 special assessment

**DEFENDANT - U.S.**
TANVEER SYED

**DISTRICT COURT NUMBER**
CR07-00639 WDB

*[Stamp: OCT - 9 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND]*

*[E-filing]*

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
DEPARTMENT OF STATE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70394 wdb

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    STEPHEN G. CORRIGAN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

Northern District of CA (Complaint 4:07-70394 WDB)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3
   Attorney for Plaintiff
4
                                                                FILED
5
                                                              OCT - 9 2007
6                                                          RICHARD W. WIEKING
                                                          CLERK, U.S. DISTRICT COURT
7                                                        NORTHERN DISTRICT OF CALIFORNIA
                                                              OAKLAND CALIFORNIA
8

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )    No.   CR07-0
14                                  )
        Plaintiff,                  )    VIOLATION: 18 U.S.C. § 1003 –
15                                  )    DEMANDS AGAINST THE UNITED
      v.                            )    STATES
16                                  )
   TANVEER SYED,                    )
17                                  )    OAKLAND VENUE
        Defendant.                  )
18  _____)

19

20                              I N F O R M A T I O N

21  The United States charges that:

22  (18 U.S.C. §1003 – Demands Against The United States)

23     On or about November 20, 2005, in the Northern District of California, the defendant

24                                  TANVEER SYED

25  did knowingly and fraudulently submit a mortgage loan application to Pacific First Financial

26  Services that contained false and fraudulent statements in order to obtain a sum of the public

27  stocks of the United States in an amount less than $1,000, and did obtain loan proceeds from

28  Texas Capital Bank, the deposits of which were insured by the Federal Deposit Insurance

    INFORMATION

1  Corporation, in violation of Title 18, United States Code, Section 1003.

4  DATED: October 1, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Criminal Division

11  (Approved as to form: _____)
        AUSA STEPHEN G. CORRIGAN

INFORMATION

2