12/28/2007 03:00 PM EDT

**FILED**
**JAN - 3 2008**
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN407CR000639    US V SYED

| 001 | TANVEER SYED | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001357 | 1 | PR | 25.00 | 10/15/2007 |

Division Payment Total    25.00

Grand Total    25.00

$ 25.00   SPECIAL ASSESSMENT   on 10/15/07
           PAID IN FULL.

Page 1 of 1