1  **Stuart D. Kirchick, Esq.**
   **State Bar No.: 144145**
2  **LAW OFFICES OF STUART D. KIRCHICK**
   **333 West Santa Clara Street, Suite 602**
3  **San Jose, California  95113**
   **Ph: 408/291-0123  Facsimile:  408/291-0418**
4

5  **Attorney for:**  Defendant

6

7

8                     IN THE UNITED STATES COURT DISTRICT COURT

9                        IN THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,     ]    Case No.: CR 07-00639-001-WDB
                                  ]
13 |         Plaintiff(s),         ]    **ORDER PERMITTING TRAVEL**
                                  ]
14 | v.                            ]
                                  ]
15 | TANVEER SYED                  ]
                                  ]
16 |         Defendant(s).         ]
                                  ]
17 | _____ ]
18

19         WHEREAS, A.US.A Steve Corrigan and Probation Officer Sonia Lapizco have no

20 objection to this request.

21         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-referenced

22 Defendant, TANVEER SYED, be permitted travel to Karachi, where her sick mother

23 currently resides, for the dates of April 25, 2008 through May 6, 2008.

24

25

26   Dated: _____           _____
                                      THE HONORABLE WAYNE D. BRAZIL
27                                    MAGISTRATE OF THE DISTRICT COURT

28

                                      1