**Stuart D. Kirchick, Esq.**
State Bar No.: 144145
**LAW OFFICES OF STUART D. KIRCHICK**
333 West Santa Clara Street, Suite 602
San Jose, California  95113
Ph: 408/291-0123  Facsimile:  408/291-0418

**Attorney for:**  Defendant

IN THE UNITED STATES COURT DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-00639-001-WDB |
| Plaintiff(s), | **ORDER PERMITTING TRAVEL** |
| v. | |
| TANVEER SYED | |
| Defendant(s). | |

WHEREAS, A.US.A Steve Corrigan and Probation Officer Sonia Lapizco have no objection to this request.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-referenced Defendant, TANVEER SYED, be permitted travel to Karachi, where her sick mother currently resides, for the dates of April 25, 2008 through May 6, 2008.

Dated: __April 23, 2008__                       _____
                                                 THE HONORABLE WAYNE D. BRAZIL
                                                 MAGISTRATE JUDGE, DISTRICT COURT

*[GRANTED — Judge Wayne D. Brazil, United States District Court, Northern District of California]*

1